# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1774. MARVIS MCDANIEL-IVEY v. MOHAMED OUDA.

Mohamed Ouda instituted a dispossessory action against Marvis McDaniel-Ivey in magistrate court. The magistrate dismissed the action, and Ouda appealed to superior court. The superior court entered an order that added parties; quashed a subpoena; consolidated the case with an ongoing quiet title action; compelled payment of rent into the registry of the court; and granted Ouda access to the property for the purposes of making repairs. McDaniel-Ivey filed a notice of appeal from this ruling. We, however, lack jurisdiction.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the action remains pending in the superior court. Because the order was not final, McDaniel-Ivey was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) in order to obtain appellate review.[1] See *Pace Constr. Corp. v.*

---

[1] McDaniel-Ivey filed an application for interlocutory appeal with the Supreme Court, which was transferred to this Court. However, McDaniel-Ivey withdrew the application. See A17I0238, withdrawn May 19, 2017.

*Northpark Assoc.,* 215 Ga. App. 438, 439 (450 SE2d 828) (1994). We thus lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/15/2017__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

__Stephen E. Castlen__ , *Clerk.*